**United States District Court
for the District Of New Jersey**

|  |  |  |
|---|---|---|
| ASKIA J. NASH, | : | |
| | : | Civil No.: 07-3074 (KSH) |
| Petitioner, | : | |
| | : | |
| v. | : | **ORDER** |
| | : | |
| KAREN BALICKI, | : | |
| | : | |
| Respondent. | : | |

The matter having come before the Court on Nash's letter application to reopen his petition for habeas corpus [D.E. 10], and for the reasons expressed in the accompanying opinion,

**IT IS** on this 4th day of November, 2013,

**ORDERED** that the Clerk of the Court shall RE-OPEN the Court's file in this matter, solely for the purpose of considering Nash's letter application [D.E. 10] to re-open the petition on the merits, by making a notation on the Docket reading "Civil Action Re-Opened," and it is further

**ORDERED** that the letter application [D.E. 10] to re-open the petition on the merits is DENIED, and it is further

**ORDERED** that no certificate of appealability will issue, and it is further

**ORDERED** that the Clerk of the Court shall RE-CLOSE the Court's file in this matter by making a notation on the Docket reading "Civil Action Terminated."

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.